PLAZA APARTMENT HOTEL CORPORATION, RELATOR, v. FRANK HAGUE, JOHN SAUL, A. HARRY MOORE, MICHAEL I. FAGEN AND WILLIAM B. QUINN, BOARD OF COMMISSIONERS OF THE CITY OF JERSEY CITY, AND JOHN SAUL, SUPERINTENDENT OF BUILDINGS OF JERSEY CITY, RESPONDENTS.

Submitted December 3, 1923—Decided February 19, 1924.

**Zoning Ordinance Case Controlled by Ignaciunas v. Risley, 1 N. J. Adv. R. 1023.**

On demurrer to an alternative writ of *mandamus*.

Before Justices TRENCHARD and CAMPBELL.

For the relator, *Gross & Gross*.

For the respondents, *Thomas J. Brogan*.

PER CURIAM.

This case comes before the court on a demurrer to an alternative writ of *mandamus*.

The relator is the owner of property, on which are five brick five-story buildings, on the westerly side of Hudson county boulevard. It applied for a building permit to alter

its property, so that stores may be erected therein, which application was refused, for the reason that the city ordinance zoned this property as a residential zone from which stores were excluded.

It appears that the ordinance in question is founded upon chapter 229 of *Pamph. L.* 1920.

We think that the decision of this case, so far as this court is concerned, is controlled by *Ignaciunas* v. *Risley* (*Supreme Court*), 1 *N. J. Adv. R.* 1023, and under the authority thereof a peremptory writ of *mandamus* should issue.

The demurrer will be overruled and judgment given for the relator, with costs, and a peremptory writ of *mandamus* awarded.